**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LARISSA MAALOULI** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-1021** |
| **SAINT CLEMENT OF ROME SCHOOL** | **SECTION: "A" (4)** |

## REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge for the submission of the Proposed Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1).

On April 20, 2012, Plaintiff, Larissa Maalouli, ("Maalouli") brought this suit against her former employer, Defendant Saint Clement of Rome School, ("St. Clement") alleging disparate treatment and harassment in the workplace under Title 42 U.S.C. § 1981. (R. Doc. 1, ¶ 4). On April 23, 2012, the case was referred to the Undersigned U.S. Magistrate Judge.

On August 18, 2012, Maalouli moved for an extension of time to accomplish service *and* for leave to file her first supplemental and amended Complaint. (R. Doc. 4, p. 1).[1] On August 22, 2012, the Court denied her motion, finding that Maalouli had not shown good cause. (R. Doc. 5). On September 19, 2012, the Court issued an Order requiring Maalouli to show cause by October 3, 2012 why she had failed to serve St. Clement within the 120 days of filing her Complaint as specified in Rule 4(m). (R. Doc. 6).

Rule 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action

---

[1] It is unclear whether Maalouli seeks to serve her original Complaint, her Amended Complaint, or both, as she refers to a request for both on page 1, and for merely her "Complaint" on page 2. *Id.* at 1-2.

without prejudice against that defendant or order that service be made within a specified time." *Id.* Over two months have passed since the expiration of Maalouli's time to show good cause, but Maalouli has failed to file any documentation into the record which indicates that she has filed a summons, or that she has good cause not to so file.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff, Larissa Maalouli's, ("Maalouli") claims against Defendant, Saint Clement of Rome School, ("St. Clement") be **DISMISSED WITHOUT PREJUDICE** for failing to comply with Federal Rule of Civil Procedure 4(m) and the Show Cause Order (R. Doc. 6) issued by the undersigned on September 19, 2012.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation within **fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[2]

New Orleans, Louisiana, this 19th day of December 2012.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.