UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARISSA MAALOULI                                                  CIVIL ACTION

VERSUS                                                            NO.  12-1021

SAINT CLEMENT OF ROME SCHOOL                                      SECTION "A"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Plaintiff, Larissa Maalouli's, action in the above-styled case be

**DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 18th day of January, 2013.


_____
UNITED STATES DISTRICT JUDGE