UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARISSA MAALOULI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1021** |
| **SAINT CLEMENT OF ROME SCHOOL** | **SECTION "A"(4)** |

# J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Saint Clement of Rome School, and against the plaintiff, Larissa Maalouli, dismissing without prejudice Maalouli's claims in the above-styled case for failure to effect service pursuant to Federal Rule of Civil Procedure ("Rule") 4(m).

New Orleans, Louisiana, this 18th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE